✏ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:21-CR-00009-012 (MTT) |
| **TAWANA DANIELS** | |

On February 2, 2022, the probation period of 36 months commenced. Tawana Daniels has complied with the rules and regulations of probation, she has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended the Court grant the defendant's pro se motion to early terminate her probation (CM/ECF Doc. #435) and she be discharged from supervision.

Respectfully submitted,

*/s/ James O. Poe, III*

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the Defendant's Pro Se Motion to Terminate Probation (CM/ECF Doc. # 435) filed on August 31, 2023 be granted, she be discharged from supervision and that the proceedings in the case be terminated.

Dated this    22nd    day of    September   , 2023.

S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE